**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>*Plaintiff,*<br><br>*v.*<br><br>**TYRESE ANTWON LINSON,**<br>*Defendant.* | CAUSE NO. 3:20-CR-68-CWR-FKB |

**ORDER**

This matter came before the Court by way of a letter written by Defendant Tyrese Linson in which he requested that true and exact copies of the (1) criminal docket sheet, (2) judgment, and (3) plea agreement be mailed to him. On August 3, 2026, the Clerk of Court docketed Mr. Linson's letter as a Motion for Copies. Docket No. 62.

Indigent criminal defendants are not generally entitled to obtain copies of court records at the government's expense absent a pending habeas petition and permission to proceed *in forma pauperis*. *See, e.g.*, *Walker v. U.S.*, 424 F.2d 278, 278-79 (5th Cir. 1970). Mr. Linson does not have a pending habeas petition and has not explained why provision of the requested documents is otherwise necessary, asserting only that the Court ought to provide them "in the int[e]rest of justice." Docket No. 62 at 1. Nevertheless, as a courtesy, the Court will provide Mr. Linson with a copy of the docket sheet, the judgment, and his plea agreement.

The Motion for Copies is **GRANTED**. Court staff will mail to Mr. Linson at the address on file with the Court a copy of this Order [63], the docket sheet, the judgment [59], and his plea agreement [50].

**SO ORDERED**, this the 4th day of September, 2026.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE